Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
## Southern District of Texas



UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 1 7 2000

Michael N. Milby, Clerk

In re   Harvest Communities, Inc.
                                                    Debtor

Case No. 00-36301-H5-11

Chapter 11

*First Amended*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Accord Medical Management, Inc.<br>414 Vavarro, Suite 600<br>San Antonio, TX 78205 | John Wisniewski<br>Accord Medical Management, Inc.<br>414 Vavarro, Suite 600<br>San Antonio, TX 78205 | Services | Unliquidated<br>Disputed | 50,696.18 |
| Bruner Brooks, Koch & Sorg<br>107 South Pennsylvania, Suite 600<br>Indianapolis, IN 46204 | | | Disputed | 26,997.74 |
| Gulf South Medical Supply<br>P.O. Box 841968<br>Dallas, TX 75284 | John Schwartz<br>Gulf South Medical Supply<br>P.O. Box 841968<br>Dallas, TX 75284<br>800-347-2456 | Supplies | Disputed | 16,222.63 |
| HCFA<br>c/o Mutual of Omaha Insurance Company<br>P.O. Box 1604<br>Omaha, NE 68101 | Lee Baggs<br>HCFA<br>c/o Mutual of Omaha Insurance Company<br>P.O. Box 1604<br>Omaha, NE 68101<br>402-351-2939 | | Unliquidated<br>Disputed | 143,035.25 |
| HILL-ROM<br>P.O. Box 752795<br>Charlotte, NC 28275 | Salley Basset<br>HILL-ROM<br>P.O. Box 752795<br>Charlotte, NC 28275<br>800-638-8546 | Beds & pads | Disputed | 23,944.09 |



80

In re    Harvest Communities, Inc.                                Case No. __00-36301-H5-11__
                            Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| HealthCare Services Group<br>3220 Tillman Drive<br>Bensalem, PA 19020 | Anthony Diminke<br>HealthCare Service Group<br>3220 Tillman Drive<br>Bensalem, PA 19020<br>800-523-2348 | Supplies. | Disputed | 81,739.94 |
| Infusion Mgmt. System, Inc.<br>P.O. Box 890173<br>Dallas, TX 75389 | Infusion Mgmt. System, Inc.<br>P.O. Box 890173<br>Dallas, TX 75389<br>214-417-3600 | Therapy services | Disputed | 107,079.03 |
| KCI Therapeutic Services<br>P.O. Box 660401<br>Dallas, TX 75266 | | | Disputed | 27,119.24 |
| Louisiana Nursing Staff<br>P.O. Box 12957<br>Alexandria, LA 71315 | Kim Giesel<br>Louisiana Nursing Staff<br>P.O. Box 12957<br>Alexandria, LA 71315<br>318-487-8891 | Services | Disputed | 19,439.07 |
| Medicine Industries<br>1 Medline Place<br>Mundelein, IL 60060 | Mario Presseal<br>Medline Industries<br>1 Medline Place<br>Mundelein, IL 60060<br>800-699-5463 | Supplies | Disputed | 21,123.43 |
| Medline Industries, Inc.<br>P.O. Box 92301<br>Chicago, IL 60675 | | | Disputed | 32,188.54 |

In re   Harvest Communities, Inc.                              ,   Case No. __00-36301-H5-11____
                                    Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| NIPSI<br>8977 Interchange Drive<br>Houston, TX 77054 | Dee Megee<br>NIPSI<br>8977 Interchange Drive<br>Houston, TX 77054<br>713-688-7599 | Phramacy | Disputed | 21,799.65 |
| Novacare<br>1016 W. Ninth Ave.<br>King of Prussia, PA 19406 | Richard McDonald<br>Novacare<br>1016 W. Ninth Ave.<br>King of Prussia, PA 19406<br>770-385-5915 | PT, OT, ST | Disputed | 270,022.81 |
| Pharmerica<br>2214 Paddlock Way St. #800<br>Houston, TX 75050 | Dennis Stafford<br>Pharmerica<br>2214 Paddlock Way St. #800<br>Houston, TX 75050<br>800-821-4038 | Pharmacy | Disputed | 41,949.03 |
| Symphony Rehab. Services<br>920 Ridgebrook Road<br>Sparks, MD 21152 | Ebony Christian<br>Symphony Rehab. Services<br>920 Ridgebrook Road<br>Sparks, MD 21152<br>800-359-5971 | Therapy services | Disputed | 84,822.03 |
| Synergy Management Solution<br>1 Lakeshore Drive, Suite 110<br>Lake Charles, LA 70629 | Christy Rose<br>Synergy<br>1 Lakeshore Drive, Suite 110<br>Lake Charles, LA 70629<br>318-310-8500 | Therapy services. | Disputed | 79,764.79 |
| Sysco Foods<br>P.O. Box 300014<br>Dallas, TX 75284 | Jesse Holloway<br>Sysco Foods<br>P.O. Box 300014<br>Dallas, TX 75284<br>972-233-9700 | Food services | Disputed | 12,192.35 |

In re   Harvest Communities, Inc.                              Case No. __00-36301-H5-11__
                           Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Technical Risk<br>2020 N. Memorial Way<br>Houston, TX 77007 | Gary Schrock<br>Technical Risk<br>2020 N. Memorial Way<br>Houston, TX 77007<br>713-802-1580 | Insurance | Disputed | 57,519.82 |
| Total Healthcare Consultants<br>P.O. Box 528<br>Jenkintown, PA 19046 | Total Healthcare Consultants<br>P.O. Box 528<br>Jenkintown, PA 19046 | Services. | Disputed | 27,200.00 |
| Universal Hospital Services<br>SDS 12-0940<br>P.O. Box 86<br>Minneapolis, MN 55486 | | | Disputed | 18,397.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date __8-17-2000__                      Signature _____
                                        Mike Allen
                                        Manager

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.