# ORIGINAL

JOHNSON HENRICHS & McHUGH LLP
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Telephone: (310) 248-3503
Facsimile: (310) 274-2351
Attorneys for PharMerica, Inc.

United States Bankruptcy Court
Southern District of Texas
FILED

AUG 28 2000

Michael N. Milby, Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| In Re:<br><br>TEXAS COMMUNITIES, et al..<br><br>Debtors. | Case Nos.<br>00-36301-H5-11 through 04<br>(Jointly Administered under 00-36301) |

## REQUEST FOR NOTICE

PLEASE TAKE NOTICE that creditor PHARMERICA, INC. hereby appears in the above-referenced bankruptcy case as a party pursuant to 11 U.S.C. section 1109(a) of the Bankruptcy Code, and Rule 9010 of the Rules of Bankruptcy Procedure and requests that a copy of all notices given or required to be given in this case, and all papers served or required to be served in this case, including adversary proceedings, be given and served upon:

Alan W. Forsley, Esq.
Johnson Henrichs & McHugh LLP
290 S. Beverly Dr, Penthouse
Beverly Hills, CA 90212

This request includes, but is not limited to, all notices, orders, pleadings, motions, demands, applications, petitions, schedules, statements of affairs, complaints, disclosure statements, chapter 11 plans, answering or reply papers, memoranda and briefs in support of the foregoing, and any other documents or matters brought before this Court in this case, whether written or oral, or transmitted or conveyed by mail, private courier, or otherwise.

Respectfully Submitted,

DATED: August 21, 2000

_____
Alan W. Forsley, Esq. of Johnson Henrichs & McHugh LLP

Page 1 of 1

90

## CERTIFICATE OF SERVICE

I, Alan W. Forsley, attorney for PharMerica, hereby certify that on this 25th day of August 2000, I served copies of the foregoing:

REQUEST FOR NOTICE

The above document was served by first class mail, postage-prepaid to the following interested parties:

Debtors' Counsel:
  David R. Jones
  Floyd Isgur et al
  700 Louisiana, Suite 4600
  Houston, TX 77002

U.S. Trustee:

  U.S. Trustee
  Attn: Hector Duran
  515 Rusk, Suite 3516
  Houston, TX 77002


I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Alan W. Forsley