

1  JOHNSON HENRICHS & McHUGH LLP
   280 S. Beverly Drive, Penthouse
2  Beverly Hills, CA 90212
   Telephone: (310) 248-3503
3  Facsimile: (310) 274-2351
   Attorneys for PharMerica, Inc.

4

5

6

7

8

9

10

United States Bankruptcy Court
Southern District of Texas
FILED

NOV 21 2000

Michael N. Milby, Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF TEXAS, HOUSTON DIVISION

In Re:

TEXAS COMMUNITIES, et al..

         Debtors.

Case Nos.
00-36301-H5-11 through 04
(Jointly Administered under 00-36301)

11  ### AMENDED REQUEST FOR NOTICE

12  PLEASE TAKE NOTICE that creditor PHARMERICA, INC. hereby amends its Request for

13  Notice on file herein to correct a typographical error in the address of PharMerica's counsel (280

14  the correct address) and requests that a copy of all notices given or required to be given in this

15  case, and all papers served or required to be served in this case, including adversary proceedings,

16  be given and served upon:

17      Alan W. Forsley, Esq.
        Johnson Henrichs & McHugh LLP
18      280 S. Beverly Dr, Penthouse
        Beverly Hills, CA 90212

19      This request includes, but is not limited to, all notices, orders, pleadings, motions,

20  demands, applications, petitions, schedules, statements of affairs, complaints, disclosure

21  statements, chapter 11 plans, answering or reply papers, memoranda and briefs in support of the

22  foregoing, and any other documents or matters brought before this Court in this case, whether

23  written or oral, or transmitted or conveyed by mail, private courier, or otherwise.

24      Respectfully Submitted,

25  DATED: November 17, 2000

26

27  Alan W. Forsley, Esq. of Johnson Henrichs & McHugh LLP

28

Page 1 of 1

234

## CERTIFICATE OF SERVICE

I, Alan W. Forsley, attorney for PharMerica, hereby certify that on this 17th day of November 2000, I served copies of the foregoing:

AMENDED REQUEST FOR NOTICE

The above document was served by first class mail, postage-prepaid to the following interested parties:

Debtors' Counsel:
     David R. Jones
     Floyd Isgur et al
     700 Louisiana, Suite 4600
     Houston, TX 77002

U.S. Trustee:

     U.S. Trustee
     Attn: Hector Duran
     515 Rusk, Suite 3516
     Houston, TX 77002

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Alan W. Forsley