United States Courts
Southern District of Texas
FILED

JAN 1 4 2002 **LF**

Michael N. Milby, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Harvest Communities, Inc., | § | Case No. 00-36301-H5-11 |
| Texas Choice Communities, Inc., | § | Case No. 00-36302-H5-11 |
| Trinity Retirement Communities, Inc., | § | Case No. 00-36303-H5-11 |
| | § | (Chapter 11) |
| Debtors. | § | (Jointly Administered under 00-36301) |
| William West, Liquidation Agent | § | |
| | § | |
| vs. | § | Contested Matter |
| | § | (Objection To Claim) |
| Pharmerica, Inc., | § | |
| | § | |
| Claimant. | § | |

**LIQUIDATION AGENT'S OBJECTION TO CLAIMS OF PHARMERICA, INC.**
**(CLAIM NO. 84 – HC, CLAIM NO. 62 – TC, CLAIM NO. 73 – TC)**
**(CLAIM NO. 52 – TR AND CLAIM NO. 97 - TR)**

**To the Honorable Karen Brown**
**United States Bankruptcy Judge:**

William West, the duly appointed Liquidation Agent under the Debtors' first amended plan of reorganization (the "Liquidation Agent"), files this objection to the claims of Pharmerica, Inc. (the "Claimant").

### Summary of Relief Requested

1. The Claimant has filed five proofs of claim (Claim No. 84 – Harvest Communities, Claim No. 62 – Texas Choice, Claim No. 73 – Texas Choice, Claim No. 52 – Trinity Retirement and Claim No. 97 – Trinity Retirement) each asserting a general unsecured claim in the amounts of $18,307.29, $52,164.10, $52,164.10, $222,338.83 and $222,338.83, respectively. The Liquidation Agent objects to the claim as the proofs of claim do not contain sufficient information to establish a claim against the Estate. The Liquidation Agent requests that the proofs of claim be disallowed in their entirety.

701

## Parties and Jurisdiction

2. William West is the Liquidation Agent appointed in connection with the confirmed plan of reorganization in this case and may be served in this contested matter through the undersigned counsel.

3. The Claimant may be served c/o John Henrichs, Johnson Henrichs & McHugh LLP, 280 S. Beverly Drive, Penthouse, Beverly Hills, CA 90212 as indicated on Claim Nos. 62 – TC, 84 – HC and 52 - TR and c/o Alan W. Forsley, Henrichs Law Firm, P.C., 835 Wilshire Blvd., Suite 300, Los Angeles, CA 90017 as indicated on Claim Nos. 73 – TC and 97 - TR.

4. Claims objections are governed by § 502 of the Bankruptcy Code and by Bankruptcy Rule 3007. Inasmuch as the Liquidation Agent is not requesting relief of the kind specified in Bankruptcy Rule 7001, this objection is a contested matter under Bankruptcy Rule 9014.

## Background

5. The Debtors filed voluntary chapter 11 cases on July 6, 2000. An order for joint administration was entered on July 7, 2000.

6. On August 23, 2001, this Court confirmed the Debtors' First Amended Jointly Proposed Plan of Reorganization (the "Plan").

7. On or about October 11, 2000, the Claimant filed a proof of claim (Claim No. 84 – Harvest Communities) asserting a general unsecured claim in the amount of $18,307.29. Attached to the proof of claim is a one-page summary. No other supporting documentation is attached. A copy of Claim No. 84 – HC is attached as Exhibit "1".

8. On or about October 11, 2000, the Claimant filed a proof of claim (Claim No. 62 – Texas Choice Communities) asserting a general unsecured claim in the amount of $52,164.10. Claim No. 62 – TC was amended by Claim No. 73 – TC on or about November 24, 2001. Attached

...

to the proofs of claim is a one-page summary. No other supporting documentation is attached. A copy of Claim No. 62 – TC and Claim No. 73 are attached as Exhibits "2" and "3", respectively.

9. On or about October 11, 2000, the Claimant filed a proof of claim (Claim No. 52 – Trinity Retirement Communities) asserting a general unsecured claim in the amount of $222,338.83. Claim No. 52 – TR was amended by Claim No. 97 – TR on or about November 24, 2001. Attached to the proofs of claim is a one-page summary. No other supporting documentation is attached. A copy of Claim No. 52 – TR and Claim No. 97 – TR are attached as Exhibits "4" and "5", respectively.

10. The Liquidation Agent has previously contacted the Claimant and requested supporting documentation. The Claimant failed to respond. Accordingly, the Liquidation Agent has filed this objection.

## Objections

11. The Debtors' available books and records do not reflect the claims asserted by the Claimant. Claimant's proofs of claim do not contain sufficient documentation to establish a claim against the Debtors. The claims should be disallowed in their entirety.

## Relief Requested

12. The Liquidation Agent requests that the Court (i) disallow Claim No. 84 – HC, Claim No. 62 – TC, Claim No. 73 – TC, Claim No. 52 – TR and Claim No. 97 – TR in their entirety; and (ii) grant such other relief as set forth above.

Dated: January 14, 2002.

Respectfully submitted,

**Floyd, Isgur, Rios & Wahrlich, P.C.**

By: _____
David R. Jones
State Bar No. 00786001/S.D.Tex. No. 16082
Blake E. Rizzo
S.D. Tex. No. 29684
700 Louisiana, Suite 4600
Houston, Texas 77002
(713) 222-1470
(713) 222-1475 (fax)
**Attorneys For William West, Liquidation Agent**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this objection, complete with all exhibits, and the scheduling order obtained from the Clerk have been served upon the claimant, the debtor, and the United States Trustee as set forth below by first class mail on this 14th day of January, 2002. The claimant was also served by certified mail, return receipt requested.

Mr. Hector Duran
U. S. Trustee's Office
515 Rusk, Suite 3516
Houston, Texas 77002

**Liquidation Agent**
William West
10601 Grant Rd., Suite 222
Houston, TX 77070

**Claimant**
Pharmerica, Inc.
c/o John Henrichs
Johnson Henrichs & McHugh LLP
280 S. Beverly Dr., Penthouse
Beverly Hills, CA 90212

Pharmerica, Inc.
c/o Alan W. Forsley
Henrichs Law Firm, P.C.
835 Wilshire Blvd., Suite 300
Los Angeles, CA 90017

_____
David R. Jones

# PROOF OF CLAIM

**District of Southern District of Texas (Houston)**

In re (Name of Debtor): Harvest Communities, Inc, 31-1504228

Case Number: 00-36301

Creditor: 1539148

COPY

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor:**
(The person or other entity to whom the debtor owes money or property)

Pharmerica Inc

**Name and Address Where Notices Should be Sent**
John Henrichs
Johnson Henrichs & McHugh LLP
280 S. Beverly Dr., Penthouse
Beverly Hills, CA 90212

Telephone No (310) 248-3505

- ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
- ☐ Check box if you have never received any notices from the bankruptcy court in this case.
- ☐ Check box if address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** # 00206 & # 41958

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. BASIS FOR CLAIM:**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly):
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Your social security number _____
  Unpaid compensation for services performed
  from _____ to _____

**2. DATE DEBT WAS INCURRED:** 12/98 - 01/00

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES below that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $ _____
Attach evidence of perfection of security interest.
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly):
Amount of arrearage and other charges at time case filed included in secured claim above, if any $ _____

☒ UNSECURED NONPRIORITY CLAIM $ 18,307.29
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $ _____

☐ UNSECURED PRIORITY CLIAM $ _____
Specify the priority of the claim.
- ☐ Wages, salaries, or commissions up to $4000*, earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C. § 507(a)(3)
- ☐ Contributions to an employee benefit plan—11 U.S.C. § 507(a)(4)
- ☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § (507)(a)(6)
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child—11 U.S.C. § 507(a)(7)
- ☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(8)
- ☐ Other-Specify applicable paragraph of 11 U.S.C. § 507(a)

*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**
$ 18,307.29 (Unsecured)  $ _____ (Secured)  $ _____ (Priority)  $ 18,307.29 (Total)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS.** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS.** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests to original and each copy. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY.** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and additional copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**DATE:** 10/06/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Alan W. Forsley, Esq.  *[signature]*

PENALTY for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



EXHIBIT 1

042699   7210504278501 8

| PH# | CORP | FACILITY NAME | HSE | ACCT | 0 DEC | 30 NOV | 60 OCT | 90 SEP | 120 AUG | 150 JUL | 180 JUN | 210 MAY | 240 APR | 270 MAR | 300 FEB | 330 JAN | 360 DEC | 390 NOV | 420+ OCT | Total Due | HCP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Texas Choice | | | | | | | | | | | | | | | | | | | |
| 4125 | XHA | TEXAS CHOICE-KILGORE | 509 | 26170 | 4,054.08 | 4,919.70 | 5,903.30 | 4,118.70 | 7,420.47 | 4,852.86 | 5,082.81 | (9,900.18) | 5,068.36 | (2,255.40) | (2,765.50) | | | | | 26,499.20 | 9,961.66 |
| | | TEXAS CHOICE-HENDERSON | | | | | | | | | | | | | | | | | | | 15,703.24 |
| | | | | | | | | | | | | | | | | | | | | | 25,664.90 |
| | | Harvest Communities | | | | | | | | | | | | | | | | | | | |
| 4146 | XHA | HARVEST CARE CENTER/LUMBERTON | 050 | 00206 | | 103.78 | (386.31) | | | | | | | | | | | | | (282.53) | 17,936.97 |
| 4125 | XHA | HARVEST CARE CENTER | 712 | 41958 | 272.74 | 85.19 | 256.98 | | | 1,296.85 | 1,337.54 | (2,634.39) | 4,198.25 | (849.07) | (2,479.20) | 1,523.22 | 143.74 | (280.51) | (2,357.40) | 513.94 | 135.91 |
| | | HARVEST CARE CENTER/PEARSHALL | | | | | | | | | | | | | | | | | | | |
| | | HARVEST CARE CENTER/MEDINA | | | | | | | | | | | | | | | | | | 231.41 | 18,075.88 |
| | | Trinity Care | | | | | | | | | | | | | | | | | | | |
| 2280 | XTR | KEENELAND NURSING HOME (CCS) | 475 | 15397 | | | | | | | | | (9.85) | 1,015.65 | | (320.00) | 60.08 | 1,529.41 | 39,672.14 | 41,947.43 | |
| 2280 | XTR | RICHARDSON MANOR (CCS) | 041 | 00041 | | | 26.48 | | | | | | (58.03) | 226.30 | 38.60 | | 11,895.45 | 8,499.64 | 28,171.87 | 48,800.31 | |
| 2280 | XTR | UNIVERSITY PARK MANOR (CCS) | 885 | 51833 | | | | | | | 172.40 | | 29.90 | 414.35 | (3.90) | (537.45) | (3,417.63) | 18,866.88 | 20,478.95 | 35,003.50 | |
| 4148 | XTR | CHAVANEAUX CARE CENTER (VAN) | 016 | 00022 | | | | | | | (17.64) | | (822.88) | 4,322.94 | (162.83) | 666.51 | 2,294.89 | (61.17) | 43,428.48 | 49,648.30 | 139.34 |
| 4148 | XTR | KARNES CITY H & REHAB CENTER 1 | 085 | 00513 | | | | | | | | | (73.21) | 3,129.81 | (581.60) | 2,006.71 | 3,265.20 | 3,748.97 | 14,558.57 | 26,054.45 | (6) |
| 4148 | XTR | TRINITY CARE | 387 | 15873 | | | | | | | | | | 3,745.55 | 840.00 | (2,548.05) | | | | 2,037.50 | 8,261 |
| 1149 | | COVENANT CARE CENTER (LEON V) | 037 | 00043 | | | | | 8.89 | 69.56 | 55.44 | 66.01 | 51.43 | 166.25 | (51.83) | 209.58 | 30.31 | 51.37 | 204.09 | 861.10 | 8,592.91 |
| | | | | | | | | | | | | | | | | | | | | 205,352.69 | 16,986.83 |

## CERTIFICATE OF SERVICE

I, Alan W. Forsley, attorney for PharMerica, hereby certify that on this 6th day of October 2000, I served copies of the foregoing:

PHARMERICA'S PROOF OF CLAIM AS TO HARVEST COMMUNITIES, INC.

The above document was served by first class mail, postage-prepaid to the following interested parties:

Debtors' Counsel:
    David R. Jones
    Floyd Isgur et al
    700 Louisiana, Suite 4600
    Houston, TX 77002

U.S. Trustee:

    U.S. Trustee
    Attn: Hector Duran
    515 Rusk, Suite 3516
    Houston, TX 77002

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Alan W. Forsley

FORM B10 (Official Form 10) (4/98)

| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF Texas | PROOF OF CLAIM |
|---|---|

Name of Debtor: **Texas Choice Communities, Inc**   Case Number: **00-36302**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**PharMerica, Inc.**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
**John Henrichs**
**Johnson Henrichs & McHugh LLP**
**280 S. Beverly Dr., Penthouse**
**Beverly Hills, CA 90212**
Telephone number: **(310) 248-3505**

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
**#26170**

Check here if this claim ☐ replaces    ☐ amends    a previously filed claim, dated:_____

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your SS #: _____
Unpaid compensation for services performed
from _____ to _____
        (date)        (date)

**2. Date debt was incurred:** 02/98-01/00

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**   $ 52,164.10
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $ _____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

#60A

Date: **10/06/00**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
**Alan W. Forsley, Esq.**

EXHIBIT 2

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| P# | CORP | FACILITY NAME | HSE | ACCT | 0 DEC | 30 NOV | 60 OCT | 90 SEP | 120 AUG | 150 JUL | 180 JUN | 210 MAY | 240 APR | 270 MAR | 300 FEB | 330 JAN | 360 DEC | 390 NOV | 420+ OCT | Total Due | HCP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Texas Choice** | | | | | | | | | | | | | | | | | | | |
| 4125 | XHA | TEXAS CHOICE-KILGORE | 509 | 26170 | 4,054.08 | 4,919.70 | 5,903.30 | 4,118.70 | 7,420.47 | 4,652.86 | 5,082.81 | (9,900.18) | 5,068.36 | (2,255.40) | (2,765.50) | | | | | 26,499.20 | 9,961.66 |
| | | TEXAS CHOICE-HENDERSON | | | | | | | | | | | | | | | | | | | 15,703.24 |
| | | TEXAS CHOICE-HENDERSON | | | | | | | | | | | | | | | | | | | 25,664.90 |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | **Harvest Communities** | | | | | | | | | | | | | | | | | | | 17,936.97 |
| 4146 | XHA | HARVEST CARE CENTER/LUMBERTON | 050 | 00206 | | 103.78 | (386.31) | | | | | | | | | | | | | (282.53) | |
| 4125 | XHA | HARVEST CARE CENTER | 712 | 41958 | 272.74 | 85.19 | 256.98 | | | 1,296.85 | 1,337.54 | (2,634.39) | 4,198.25 | (849.07) | (2,479.20) | 1,523.22 | 143.74 | (280.51) | (2,357.40) | 513.94 | |
| | | HARVEST CARE CENTER/PEARSHALL | | | | | | | | | | | | | | | | | | | 138.91 |
| | | HARVEST CARE CENTER/MEDINA | | | | | | | | | | | | | | | | | | 231.41 | 18,075.88 |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | **Trinity Care** | | | | | | | | | | | | | | | | | | | |
| 2280 | XTR | KEENELAND NURSING HOME (CCS) | 475 | 15397 | | | | | | | | | (9.85) | 1,015.65 | | (320.00) | 60.08 | 1,529.41 | 39,672.14 | 41,947.43 | |
| 2280 | XTR | RICHARDSON MANOR (CCS) | 041 | 00041 | | | 26.48 | | | | | | (58.03) | 226.30 | 38.60 | | 11,895.45 | 8,499.64 | 28,171.87 | 48,800.31 | |
| 2280 | XTR | UNIVERSITY PARK MANOR (CCS) | 885 | 51833 | | | | | | | 172.40 | | 29.90 | 414.35 | (3.90) | (537.45) | (3,417.63) | 18,866.88 | 20,478.95 | 36,003.50 | |
| 4148 | XTR | CHAVANEAUX CARE CENTER (VAN) | 016 | 00022 | | | | | | | (17.64) | | (822.88) | 4,322.94 | (162.83) | 666.51 | 2,294.89 | (61.17) | 43,428.48 | 49,648.30 | 139.34 |
| 4148 | XTR | KARNES CITY H & REHAB CENTER 1 | 085 | 00513 | | | | | | | | | (73.21) | 3,129.81 | (581.60) | 2,006.71 | 3,265.20 | 3,748.97 | 14,558.57 | 26,054.45 | (6.98) |
| 4148 | XTR | TRINITY CARE | 387 | 15873 | | | | | | | | | | 3,745.55 | 840.00 | (2,548.05) | | | | 2,037.50 | 8, |
| 4148 | | COVENANT CARE CENTER (LEON V) | 037 | 00043 | | | | | 8.89 | 69.56 | 55.44 | 66.01 | 51.43 | 166.25 | (51.83) | 209.58 | 30.31 | 51.37 | 204.09 | 861.10 | 8, |
| | | | | | | | | | | | | | | | | | | | 3.57 | 205,352.59 | 16,9 |
| | | | | | | | | | | | | | | | | | | | 249,251.35 | | |

## CERTIFICATE OF SERVICE

I, Alan W. Forsley, attorney for PharMerica, hereby certify that on this 6th day of October 2000, I served copies of the foregoing:

PHARMERICA'S PROOF OF CLAIM AS TO TEXAS CHOICE COMMUNITIES, INC.

The above document was served by first class mail, postage-prepaid to the following interested parties:

Debtors' Counsel:
    David R. Jones
    Floyd Isgur et al
    700 Louisiana, Suite 4600
    Houston, TX 77002

U.S. Trustee:

    U.S. Trustee
    Attn: Hector Duran
    515 Rusk, Suite 3516
    Houston, TX 77002

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Alan W. Forsley

FORM B10 (Official Form 10) (4/98)

| UNITED STATES BANKRUPTCY COURT __Southern__ DISTRICT OF __Texas__ | PROOF OF CLAIM |
|---|---|

Name of Debtor: **Texas Choice Communities, Inc.**
Case Number: **00-36302**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Pharmerica, Inc.**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
**Alan W. Forsley
Henrichs Law Firm, P.C.
835 Wilshire Blvd., suite 300
Los Angeles, CA 90017**
Telephone number: **(213) 239-0500**

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
**26170**

Check here if this claim ☐ replaces   ☒ amends   a previously filed claim, dated: **10/11/00**

1. Basis for Claim
   ☒ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Your SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)        (date)

2. Date debt was incurred: **2/98-1/00**
3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ **52,164.10**
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. Unsecured Priority Claim.
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

7. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

73
62A
AMENDED

Date: **11/24/01**
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
**Alan W. Forsley**

EXHIBIT 3

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| P4# | CORP | FACILITY NAME | HSE | ACCT | 0 DEC | 30 NOV | 60 OCT | 90 SEP | 120 AUG |
|---|---|---|---|---|---|---|---|---|---|
| | | **Texas Choice** | | | | | | | |
| 4125 | XHA | TEXAS CHOICE-KILGORE | 509 | 26170 | 4,054.08 | 4,919.70 | 5,903.30 | 4,118.70 | 7,420.47 |
| 4125 | XHA | TEXAS CHOICE-HENDERSON | | | | | | | |
| | | **Harvest Communities** | | | | | | | |
| 4146 | XHA | HARVEST CARE CENTER/LUMBERTON | 050 | 00206 | | | | | |
| 4125 | XHA | HARVEST CARE CENTER | 712 | 41958 | 272.74 | 103.78 | (386.31) | - | - |
| | | HARVEST CARE CENTER/PEARSHALL | | | | 85.19 | 256.98 | - | - |
| | | HARVEST CARE CENTER/MEDINA | | | | | | | |
| | | **Trinity Care** | | | | | | | |
| 2280 | XTR | KEENELAND NURSING HOME (CCS) | 475 | 15397 | | | | | |
| 2280 | XTR | RICHARDSON MANOR (CCS) | 041 | 00041 | - | - | 26.48 | - | - |
| 2280 | XTR | UNIVERSITY PARK MANOR (CCS) | 885 | 51833 | | | | | |
| 4148 | XTR | CHAVANEAUX CARE CENTER(VAN) | 016 | 00022 | | | | | |
| 4148 | XTR | KARNES CITY H & REHAB CENTER 1 | 085 | 00513 | | | | | |
| | XTR | TRINITY CARE | 387 | 15873 | | | | | |
| | | COVENANT CARE CENTER (LEON V) | 037 | 00043 | | | | 8.89 | 69 |

## CERTIFICATE OF SERVICE

I, Alan W. Forsley, attorney for PharMerica, hereby certify that on this 26th day of November 2001, I served copies of the foregoing:

AMENDED PROOF OF CLAIM

The above document was served by first class mail, postage-prepaid to the following interested parties:

Debtors' Counsel:
    David R. Jones
    Floyd Isgur et al
    700 Louisiana, Suite 4600
    Houston, TX 77002

U.S. Trustee:
    U.S. Trustee
    Attn: Hector Duran
    515 Rusk, Suite 3516
    Houston, TX 77002

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Alan W. Forsley

# UNITED STATES BANKRUPTCY COURT
## District of Southern District of Texas (Houston)

**PROOF OF CLAIM**

In re (Name of Debtor): Trinity Retirement Communities, Inc., not given

Case Number: 00-36303 - kkb
Cred. ID: 1542802

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor:** (The person or other entity to whom the debtor owes money or property)
Pharmerica

**Name and Address Where Notices Should be Sent:**
Johnson Henrichs McHugh LLP
280 S. Beverly Dr., Penthouse
Beverly Hills, CA 90212

Telephone No: (310) 248-3505

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: 15397; 00041; 51833; 00022; 00513; 15873 & 00043

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. BASIS FOR CLAIM:**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly):

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ to _____
(date) (date)

**2. DATE DEBT WAS INCURRED:** 10/98-01/00

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES below that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $ _____
Attach evidence of perfection of security interest.
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other (Describe briefly):

Amount of arrearage and other charges at time case filed included in secured claim above, if any $ _____

☒ UNSECURED NONPRIORITY CLAIM $ 222,338.83
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $ _____

☐ UNSECURED PRIORITY CLIAM $ _____
Specify the priority of the claim.
☐ Wages, salaries, or commissions up to $4000*, earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan—11 U.S.C. § 507(a)(4)
☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child-- 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(8)
☐ Other-Specify applicable paragraph of 11 U.S.C. § 507(a)
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:** $ 222,338.83 (Unsecured) $ _____ (Secured) $ _____ (Priority) $ 222,338.83 (Total)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS.** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS.** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests to original and each copy. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY.** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and additional copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

52B

**DATE:** 10/06/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Alan W. Forsley, Esq. /s/ Alan W. Forsley

PENALTY for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

042698   72105042784019



EXHIBIT 4

## CERTIFICATE OF SERVICE

I, Alan W. Forsley, attorney for PharMerica, hereby certify that on this 6th day of October 2000, I served copies of the foregoing:

PHARMERICA'S PROOF OF CLAIM AS TO TRINITY RETIREMENT COMMUNITIES, INC.

The above document was served by first class mail, postage-prepaid to the following interested parties:

Debtors' Counsel:
    David R. Jones
    Floyd Isgur et al
    700 Louisiana, Suite 4600
    Houston, TX 77002

U.S. Trustee:

    U.S. Trustee
    Attn: Hector Duran
    515 Rusk, Suite 3516
    Houston, TX 77002

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*[signature]*
Alan W. Forsley

| PH# | CCRP | FACILITY NAME | HSE | ACCT | 0 DEC | 30 NOV | 60 OCT | 90 SEP | 120 AUG | 150 JUL | 180 JUN | 210 MAY | 240 APR | 270 MAR | 300 FEB | 330 JAN | 360 DEC | 390 NOV | 420+ OCT | Total Due | HCP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Texas Choice | | | | | | | | | | | | | | | | | | | |
| 4125 | XHA | TEXAS CHOICE-KILGORE | 509 | 26170 | 4,054.08 | 4,919.70 | 5,903.30 | 4,118.70 | 7,420.47 | 4,852.86 | 5,082.81 | (9,900.18) | 5,068.36 | (2,255.40) | (2,765.50) | - | - | - | - | 26,499.20 | 9,961.66 |
| 4125 | XHA | TEXAS CHOICE-HENDERSON | | | | | | | | | | | | | | | | | | | 15,703.24 |
| | | | | | | | | | | | | | | | | | | | | | | 25,664.90 |
| | | Harvest Communities | | | | | | | | | | | | | | | | | | | |
| 4146 | XHA | HARVEST CARE CENTER/LUMBERTON | 050 | 00206 | | 103.78 | (386.31) | - | - | 1,296.65 | 1,337.54 | (2,634.39) | 4,198.25 | (849.07) | (2,479.20) | 1,523.22 | 143.74 | (280.51) | (2,357.40) | (282.53) | 17,936.97 |
| 4125 | XHA | HARVEST CARE CENTER | 712 | 41958 | 272.74 | 85.19 | 256.98 | - | - | | | | | | | | | | | 513.94 | - |
| | | HARVEST CARE CENTER/PEARSHALL | | | | | | | | | | | | | | | | | | | 136.91 |
| | | HARVEST CARE CENTERMEDINA | | | | | | | | | | | | | | | | | | 231.41 | 18,076.88 |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | Trinity Care | | | | | | | | | | | | | | | | | | | |
| 280 | XTR | KEENELAND NURSING HOME (CCS) | 475 | 15397 | | | | | | | | | (9.85) | 1,015.65 | - | (320.00) | 60.08 | 1,529.41 | 39,672.14 | 41,947.43 | - |
| 280 | XTR | RICHARDSON MANOR (CCS) | 041 | 00041 | | | 26.48 | | | | | | (58.03) | 226.30 | 38.60 | - | 11,895.45 | 8,499.64 | 28,171.87 | 48,800.31 | |
| 280 | XTR | UNIVERSITY PARK MANOR (CCS) | 885 | 51833 | | | | | | | 172.40 | | 29.90 | 414.35 | (3.90) | (537.45) | (3,417.63) | (61.17) | 20,478.95 | 35,003.50 | |
| 148 | XTR | CHAVANEAUX CARE CENTER(VAN) | 016 | 00022 | | | | | | | (17.64) | | (822.88) | 4,322.94 | (162.83) | 2,294.89 | 18,866.88 | 43,428.48 | 139.34 | 49,648.30 | |
| 148 | XTR | KARNES CITY H & REHAB CENTER 1 | 085 | 00513 | | | | | | | | | (73.21) | 3,129.81 | (581.60) | 2,006.71 | 3,265.20 | 3,748.97 | 14,558.57 | 26,054.45 | (6.98) |
| 148 | XTR | TRINITY CARE | 387 | 15873 | | | | | | | | | | 3,745.55 | 840.00 | (2,548.05) | 209.58 | 51.37 | 2,037.50 | 861.10 | 8,261.56 |
| 148 | | COVENANT CARE CENTER (LEON V) | 037 | 00043 | | | | | 8.89 | 69.56 | 55.44 | 66.01 | 51.43 | 166.25 | (51.83) | 30.31 | 51.37 | 204.09 | 205,352.69 | 8,592.91 | |
| | | | | | | | | | | | | | | | | | | | 3.57 | 249,251.35 | 16,986.83 |

FORM B10 (Official Form 10) (4/98)

| UNITED STATES BANKRUPTCY COURT __Southern__ DISTRICT OF __Texas__ | PROOF OF CLAIM |

| Name of Debtor: **Trinity Retirement Communities, Inc.** | Case Number: **00-36303-kkb** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**Pharmerica**

Name and address where notices should be sent:
Alan W. Forsley
Henrichs Law Firm, P.C.
835 Wilshire Blvd., suite 300
Los Angeles, CA 90017
Telephone number: (213) 239-0500

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
15397; 00041; 51833; 00022; 00513; 15873; & 00043

Check here if this claim ☐ replaces ☒ amends a previously filed claim, dated: **10/11/00**

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date) (date)

**2. Date debt was incurred:** 10/98-01/00
**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 222,338.83

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4)
☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

97
52 B
AMENDED

| Date: 11/24/01 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): **Alan W. Forsley** |

EXHIBIT 5

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| 180 JUN | 210 MAY | 240 APR | 270 MAR | 300 FEB | 330 JAN | 360 DEC | 390 NOV | 420+ OCT | Total Due | HCP |
|---|---|---|---|---|---|---|---|---|---|---|
| 082.81 | (9,900.18) | 5,068.36 | (2,255.40) | (2,765.50) | | | | | 26,499.20 | 9,961.66 |
| | | | | | | | | | | 15,703.24 |
| | | | | | | | | | | 25,664.90 |
| 337.54 | (2,634.39) | 4,198.25 | (849.07) | (2,479.20) | 1,523.22 | 143.74 | (280.51) | (2,357.40) | (282.53) | 17,936.97 |
| | | | | | | | | | 513.94 | 138.91 |
| | | | | | | | | | 231.41 | 18,075.88 |
| - | - | (9.85) | 1,015.65 | - | (320.00) | 60.08 | 1,529.41 | 39,672.14 | 41,947.43 | |
| - | - | (58.03) | 226.30 | 38.60 | - | 11,895.45 | 8,499.64 | 28,171.87 | 48,800.31 | |
| 72.40 | - | 29.90 | 414.35 | (3.90) | (537.45) | (3,417.63) | 18,866.88 | 20,478.95 | 36,003.50 | 139.34 |
| (17.64) | - | (822.88) | 4,322.94 | (162.63) | 666.51 | 2,294.89 | (61.17) | 43,428.48 | 49,648.30 | (6.98) |
| - | - | (73.21) | 3,129.81 | (581.60) | 2,006.71 | 3,265.20 | 3,748.97 | 14,558.57 | 26,054.45 | 8,261.56 |
| - | - | - | 3,745.55 | 840.00 | (2,548.05) | - | - | - | 2,037.50 | 8,592.91 |
| 55.44 | 66.01 | 51.43 | 166.25 | (51.83) | 209.58 | 30.31 | 51.37 | 204.09 | 861.10 | 16,986.83 |
| | | | | | | | 3.57 | 249,251.35 | 205,352.59 | |

## CERTIFICATE OF SERVICE

I, Alan W. Forsley, attorney for PharMerica, hereby certify that on this 26th day of November 2001, I served copies of the foregoing:

AMENDED PROOF OF CLAIM

The above document was served by first class mail, postage-prepaid to the following interested parties:

Debtors' Counsel:
 David R. Jones
 Floyd Isgur et al
 700 Louisiana, Suite 4600
 Houston, TX 77002

U.S. Trustee:
 U.S. Trustee
 Attn: Hector Duran
 515 Rusk, Suite 3516
 Houston, TX 77002

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Alan W. Forsley