UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

APR 0 9 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Harvest Communities, Inc., | § | Case No. 00-36301-H5-11 |
| Texas Choice Communities, Inc., | § | Case No. 00-36302-H5-11 |
| Trinity Retirement Communities, Inc., | § | Case No. 00-36303-H5-11 |
| | § | (Chapter 11) |
| Debtors. | § | (Jointly Administered under 00-36301) |
| William West, Liquidation Agent | § | |
| | § | |
| vs. | § | Contested Matter |
| | § | (Objection To Claim) |
| Pharmerica, Inc., | § | |
| | § | |
| Claimant. | § | |

## ORDER

Pharmerica, Inc. is allowed a general unsecured claim in the amount of $235,249.82. All other claims are disallowed.

SIGNED this 5 day of April, 2002.

THE HONORABLE KAREN K. BROWN,
UNITED STATES BANKRUPTCY JUDGE

AGREED:

David Jones, Attorney for William West, Liquidation Agent

Alan W. Forsely, Attorney for Pharmerica, Inc.