# EXHIBIT "A"

PLEASE CHECK ONE:

__X _   Small Dividends
_____   Unclaimed Dividends

| | |
|---|---|
| Super S Pharmacy<br>408 Highway 90 W B<br>Catroville, Tx 78009 | $2.97 |
| Abbey Press Companies<br>5 Hill Drive<br>Saint Meinrad, IN 47577 | $2.91 |
| A to Z Termite Pest Control<br>P.O. Box 336<br>D Hanis, TX 78850 | $4.96 |
| One Stop Party Shop<br>5908 Eastex Freeway<br>Beaumont, TX 77708 | $2.51 |
| Johnstone Supply<br>2450 Brockton<br>San Antonio, TX 78217 | $4.33 |
| The Glidden Company<br>925 Euclid Avenue<br>Cleveland, TX 44115 | $3.23 |
| Castroville True Value Hardware<br>P.O. Box 1125<br>Castroville, TX 78009 | $3.49 |

|  |  |
|---|---|
| TXU Electric Company<br>Lois J Duran<br>P.O. Box 650393<br>Dallas, TX 75265 | $3.17 |
| Harper Butane Company<br>P.O. Box 597<br>Kountze, TX 77625 | $4.57 |
| Professional Publishing, Inc.<br>P.O. Box 5758<br>Bossier City, LA 71171 | $2.49 |
| Professional Publishing, Inc.<br>P.O. Box 5758<br>Bossier City, LA 71171 | $0.42 |
| Professional Publishing, Inc.<br>P.O. Box 5758<br>Bossier City, LA 71171 | $0.85 |
| HCFCO, Inc.<br>6610 Baker Blvd.<br>Richland, Hills, TX 76118-6225 | $4.60 |
| Robledo's Pest Control<br>1303 N Oak<br>Pearsall, TX 78061 | $3.64 |
| Victor Conrnelius, Inc.<br>400 Main Street<br>Eastland, TX 76448 | $2.08 |
| State Chemical Manufacturing<br>3100 Hamilton Avenue<br>Cleveland, OH 44112 | $2.51 |

| | |
|---|---|
| OCCU Systems/Concentra<br>P.O. Box 740933<br>Dallas, TX 75374 | $1.01 |
| Land & Wheels Instant Supply Wheelchair Company<br>7811 N. 86th Street<br>Milwaukee, WI 53224 | $3.66 |
| Pinewood Mobility, Inc.<br>1416 Nix St.<br>Daingerfield, TX 75638 | $4.79 |
| Daniels Plumbing<br>PO Box 7313<br>Longview, TX 75607 | $2.85 |
| Automation<br>1301 Pine Tree Rd.<br>Longview, TX 75604 | $3.28 |
| Land Wheels Instant Supply<br>8700 W. Port Avenue<br>Milwaukee, WI 53224-3428 | $0.72 |
| Farmers Lp Gas Co.<br>420 Highway 64 West<br>P.O. Box 969<br>Henderson, TX 75653 | $2.34 |
| Chem-Serv, Inc.<br>3205 Maverick Drive<br>Kilgore, TX 75662 | $4.65 |
| Ultrasound Associated, Inc.<br>401 E Front Suite 126<br>Tyler, TX 75702 | $2.77 |

| | |
|---|---|
| Maintenance Warehouse/American Corp. "unknown" San Diego, CA 92138 | $4.25 |
| Home Intensive Care 7220 Louis Pasteur San Antonio, TX 78229 | $2.13 |
| Medline Industries, Inc. 1200 Town Line Road Mundelin, IL 60060 | $4.97 |
| Diagnostics Swallowing Service LLC Route 8 Box 8 Sulphur Springs, TX 75482-9808 | $1.99 |
| Todd Wong PC 500 W. 6th St. Austin, TX 78701 | $0.65 |
| Jenlar Products, Inc. P.O. Box 2541 Warminster, PA 18974 | $4.69 |
| Jenlar Products, Inc. P.O. Box 2541 Warminster, PA 18974 | $4.48 |
| Professional Publishing, Inc. P.O. Box 5758 Bossier City, LA 71171 | $0.92 |
| Professional Publishing, Inc. P.O. Box 5758 Bossier City, LA 71171 | $4.04 |

| | |
|---|---|
| Professional Publishing, Inc.<br>P.O. Box 5758<br>Bossier City, LA 71171 | $2.42 |
| Progressive Healthcare Systems, Inc.<br>3517 Locke Avenue<br>Ft. Worth, TX 76107 | $2.11 |
| Victor Cornelius<br>P.O. Box 71<br>Eastland, TX 76448 | $0.91 |
| Dyna Medica Corporation<br>580 Commerce, Suite 300<br>Southlake, TX 76092 | $0.77 |
| | |
| **TOTAL** | **$109.13** |