| **EXHIBIT "B"** | |
|---|---|
| Universal Hospital Service, Inc<br>3000 West 80th Street, Suite 1250<br>Bloominton, MN 55431-4442 | $676.16 |
| Symphony Rehab Services<br>920 Ridgebrook Road<br>Sparks, MD 21152 | $1,344.45 |
| Doctor's House Call<br>11103 San Pedro, Suite 118<br>San Antonio, TX 78216 | $5.27 |
| The Glidden Company<br>DBA ICI Paints<br>925 Euclid Avenue<br>Cleveland, OH 44115 | $11.26 |
| Consolidated Plastics<br>8181 Darrow Rd.<br>Twinsburg, OH 44087 | $6.51 |
| Total Healthcare Consultants of Texas LL<br>P.O. Box 528<br>Jenkintown, PA 19046 | $787.66 |
| FTC Building Specialties Inc.<br>8208 Harrison Road<br>Longview, TX 75606 | $33.33 |
| Alpha Staffing<br>921 Shiloh Road #C120<br>Tyler, TX 75703 | $16.26 |
| Dahill Industries<br>2600 Longhorn Blvd.<br>Austin, TX 78758 | $29.54 |
| Total Healthcare Consultants of Texas, LLC<br>P.O. Box 528<br>Jenkintown, PA 19046-0528 | $404.26 |

|  |  |
|---|---|
| Total Healthcare Consultants of Texas, LLC<br>P.O. Box 528<br>Jenkintown, PA 19046-0528 | $1,876.89 |
|  |  |
| Infusion Management Systems, Inc.<br>P.O. Box 5050<br>Cherryhill, NJ 08034-5050 | $4,298.69 |
|  |  |
| Infusion Management Systems, Inc.<br>P.O. Box 5050<br>Cherryhill, NJ 08034-5050 | $3,760.75 |
|  |  |
| Infusion Management Systems, Inc.<br>P.O. Box 5050<br>Cherryhill, NJ 08034-5050 | $4,117.87 |
|  |  |
| Wal-Mart Stores, Inc.<br>Attn Kristina Fraley<br>702 S.W. 8th Street<br>Bentonville, AR 72712-8313 | $19.29 |
|  |  |
| Progressive Healthcare Systems, Inc.<br>3517 Locke Avenue<br>Ft. Worth, TX 76107 | $18.75 |
|  |  |
| Novacare Holdings Inc.<br>1019 West Ninth Avenue<br>King of Prussia, PA 19406 | $11,329.53 |
|  |  |
| Pharmerica<br>c/o Johnson Law Firm, PC<br>835 Wilshire Blvd., Suite 300<br>Los Angeles, CA 90017 | $3,719.13 |
|  |  |
| Calderon Textiles<br>6678 Guion Road<br>Indianapolis, IN 46268 | $67.92 |
|  |  |
| Symphony Rehab Services<br>920 Ridgebrook Road | $295.10 |

| | |
|---|---|
| Sparks, MD 21152 | |
| | |
| Hemisphere Industries, Inc.<br>1730 S. Federal Highway, #268<br>Del Ray Beach, FL 33483 | $6.83 |
| | |
| Airborne Freight Corporation<br>d/b/a Airborne Express<br>3131 Elliott Avenue, Suite 200<br>Seattle, WA 98121-1047 | $8.13 |
| | |
| Sugarland Retirement Communities<br>4040 Red Bluff Road, Suite 201<br>Pasadena, TX 77503 | $924.61 |
| | |
| League of Latin American Citizens<br>(no available address) | $14.23 |
| | |
| Argos Food Equipment<br>10850 Sanden<br>Dallas, TX 75238 | $9.20 |
| | |
| Dyna Flow Dispensing Systems<br>Laura Stapleton PC<br>17774 Preston Rd.<br>Dallas, TX 75252 | $35.91 |
| | |
| Jacksonville Packing Co.<br>1209 West Rusk<br>P.O. Box 2346<br>Jacksonville, TX 75766 | $78.22 |
| | |
| LTC Management Service, Inc.<br>1080 W. Sam Houston Pkwy, Suite 110<br>Houston, TX 77043 | $158.20 |
| | |
| Mineola Mini Storage<br>501 South Pacific<br>Mineola, TX 75773 | $17.47 |
| | |
| City of Henderson<br>400 West Main<br>Henderson, TX 75652 | $73.28 |

| | |
|---|---|
| Air Mart<br>501 South Pacific<br>Mineola, TX 75773 | $8.03 |
| Boise Cascade Office Products<br>1501 Woodfield Road<br>Suite 200E<br>Schaumburg, IL 60173 | $49.14 |
| Professional Forms<br>601 Barksdale Blvd.<br>Bossier City, LA 71111 | $6.70 |
| Boise Cascade Office Products<br>1500 Woodfield Rd., Suite 300E<br>Schaumburg, IL 60173 | $37.09 |
| Auto Chlor Systems<br>5407A Clay<br>Austin, TX 78756-2008 | $221.58 |
| Crossroads Repair, Inc.<br>P.O. Box 540<br>Whitehouse, TX 75791 | $9.49 |
| Viking Office Products<br>8200 East 32nd St. North<br>Wichita, KS 67226-2606 | $15.22 |
| Alpha Staffing<br>921 Shiloh Road #C20<br>Tyler, TX 75703 | $16.45 |
| Global Equipment<br>120-B Satellite Blvd.<br>Suwanee, GA 30024 | $8.67 |
| National Inst Phcy Service, Inc<br>8977 Interchange Drive<br>Houston, TX 77054 | $88.34 |
| | $29.64 |

| | |
|---|---|
| Sammons Preston<br>4 Sammons Preston<br>Bolingbrook, IL 60440 | |
| | |
| Kinko's, Inc.<br>1000 Tovon Center Drive<br>Oxnard, CA 93030 | $6.05 |
| | |
| Dallas Pest Control<br>c/o Golderg & Alexander, P.C.<br>5924 Royal Lane, Suite 250<br>Dallas, TX 75230 | $36.99 |
| | |
| Zep Manufacturing, Inc.<br>c/o Goldberg & Alexander, P.C.<br>5924 Royal Lane, Suite 250<br>Dallas, TX 75230 | $25.08 |
| | |
| **Total** | **$34,703.16** |