**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **HARVEST COMMUNITIES, INC.** | § | **CASE NO. 00-36301-H5-7** |
| | § | |
| **Debtor(s)** | § | **(Chapter 7)** |
| | § | |

**AMENDED MOTION TO PAY FUNDS INTO THE REGISTRY**
**UNDER 11 U.S.C. §347A)**

_____

The undersigned Trustee reports:

___X_____     The dividend(s) payable to the Debtor(s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010. (Exhibit A)

_____     More than ninety (90) days have passed since the final distribution and the dividend(s)  payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

___X_____     Funds undeliverable and unclaimed. (Exhibit B)

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable and 11 U.S.C. 347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" and Exhibit "B" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

DATED:  September 3, 2009            *s:// William G. West, Trustee*
                                           William G. West, Trustee
                                           12345 Jones Road, Suite 120
                                           Houston, TX 77070

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the attached *MOTION TO PAY FUNDS INTO THE REGISTRY UNDER U.S.C. §374(A)*, was served on the U.S. Trustee by First Class, U.S. Mail, postage pre-paid, or via electronic mail on this the  3rd  day of <u>September</u>, 2009.

Respectfully submitted,

*// William G. West, Trustee*
William G. West, Chapter 7 Trustee
12345 Jones Road, Suite 120
Houston, Texas 77070