

ENTERED
11/10/2009

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 00-36301-H5-7 |
| | § | |
| HARVEST COMMUNITIES, INC., | § | Chapter 7 |
| | § | |
| DEBTOR | § | |

### ORDER GRANTING MOTION FOR DISTRIBUTION FROM REGISTRY OF THE COURT

Before the Court is Lyris, Inc.'s Motion for Distribution from Registry of the Court. Finding that no objection to the Motion has been filed, the Court further finds that Lyris, Inc., as the successor-in-interest to Novacare, Inc., is entitled to a distribution of the unclaimed funds held in the registry of the Court for Novacare, Inc.

Accordingly, the Court **GRANTS** Lyris, Inc.'s Motion and **ORDERS** the Clerk of the Court to distribute $11,329.53, ~~together with interest in the amount of ____% per annum calculated from _____, 20___,~~ from estate funds held in the registry of the Court, to:

Lyris, Inc.
Attn: Richard A. McDonald
103 Foulk Rd., Suite 205Q
Wilmington, DE  19803

Signed on this ___NOV 0 9 2009___, 2009.

_____
U.S. Bankruptcy Judge

Dallas_1\5435030\3
51243-1 10/19/2009