

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON   DIVISION

ENTERED
12/17/2009

IN RE: § Case No.   00-36301-H5-11

Harvest Communities Inc.

Debtor §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. __1106__ ) is denied for the following reason(s):

1. _____   Applicant's signature is not notarized.

2. _____   Amount being requested is not the amount deposited on behalf of the original claimant.

3. _____   Application was not served on U.S. Attorney and U.S. Trustee.

4. _____   Proposed Order not filed by applicant.

5. _____   Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. ___X___   Other:   Funds have not been deposited for applicant.

Signed   DEC 1 7 2009   .

_____
United States Bankruptcy Judge